CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 7 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PERRY SYLVESTER WRIGHT, #288659 | ) | |
|     Petitioner, | ) | Civil Action No. 7:07cv00099 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE M. JOHNSON, Director of | ) | |
| Virginia Department of Corrections, | ) | By: Hon. Glen E. Conrad |
|     Respondent. | ) | United States District Court Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Wright's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; and this case shall be **STRICKEN** from the active docket of the court. Any pending motions are **DENIED as MOOT**.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the petitioner.

ENTER: This 7th day of August, 2007.

                                                    United States District Judge